In the Matter of MARY G. MUIR.

(Argued January 15, 1889; decided January 22, 1889.)

MOTION to dismiss appeal from order of the General Term of the Supreme Court in the first judicial department, made May 25, 1888, which affirmed an order of. Special Term, over-ruling the return of the sheriff of the city and county of New York to a writ of *habeas corpus* obtained on behalf of Mary G. Muir, and remanded her to the custody of said sheriff, who held her under a warrant of the surrogate of said county committing her for contempt in failing to pay a fine.

*Roger Foster* for motion.

*Alex. Thain* opposed.

Agree to grant motion; no opinion.
All concur
Motion granted.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM HARMON, Respondent.

(Submitted January 14, 1889; decided January 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of October, 1888, which affirmed a judgment of the Court of Sessions of Wyoming county, entered upon an order sustaining a demurrer to the indictment herein.

*E. M. Bartlett* for appellant.

*O. P. Stockwell* for repondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.